

OCT 22 2024

BY:_____



U.S. Department
of Transportation

**Federal Aviation
Administration**

Aviation Safety
Civil Aviation Registry

P.O. Box 25504
Oklahoma City, Oklahoma 73125-0504
(405) 954-3116
Toll Free 1-866-762-9434

October 11, 2024

NICHOLAS SERVICES LLC
PO BOX 2289
OXFORD MS 38655-7289

Reference: N715N, TEXTRON AVIATION INC, 680A, serial number 680A0012

Dear Sirs:

A lien has been recorded against the aircraft described above on Oct 11, 2024, as conveyance number IR049429.

Claimant: <u>Advanced AOG Inc</u>.

*Ivonne Drake*

IVONNE DRAKE
Legal Instruments Examiner
Aircraft Registration Branch

**EXHIBIT D**

REGAR-119-1 (10/08)